FILED IN OPEN COURT,
JACKSONVILLE, FLORIDA

AUG 1 8 2011

U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

SHAWN PETER SPRINGER

Case No. 3:11-cr-215-J-37J8T
Cts. 1 - 5:  18 U.S.C. § 876(c)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about March 16, 2011, at Santa Rosa County, in the Northern District of Florida, at Duval County, in the Middle District of Florida, and elsewhere,

SHAWN PETER SPRINGER,

the defendant herein, knowingly and willfully, caused to be deposited in the mail, for delivery by the United States Postal Service and caused to be delivered by the United States Postal Service, a true threat to injure a person, to-wit: a communication addressed to S.W. and containing a threat to injure S.W.

In violation of Title 18, United States Code, Section 876(c).

## COUNT TWO

On or about March 28, 2011, at Santa Rosa County, in the Northern District of Florida, at Duval County, in the Middle District of Florida, and elsewhere,

SHAWN PETER SPRINGER,

the defendant herein, knowingly and willfully, caused to be deposited in the mail, for delivery by the United States Postal Service and caused to be delivered by the United States Postal Service, a true threat to injure a person, to-wit: a communication addressed to S.W. and containing a threat to injure S.W.

In violation of Title 18, United States Code, Section 876(c).

## COUNT THREE

On or about April 11, 2011, at Santa Rosa County, in the Northern District of Florida, at Duval County, in the Middle District of Florida, and elsewhere,

SHAWN PETER SPRINGER,

the defendant herein, knowingly and willfully, caused to be deposited in the mail, for delivery by the United States Postal Service and caused to be delivered by the United States Postal Service, a true threat to injure a person, said person being an employee of the United States whom was engaged in the performance of official duties, to-wit: a communication addressed to S.L. and containing a threat to injure S.L., while S.L. was employed as Clerk of Court for the United States District Court, Middle District of Florida and performing official duties as Clerk of Court.

In violation of Title 18, United States Code, Section 876(c).

## COUNT FOUR

On or about April 12, 2011, at Santa Rosa County, in the Northern District of Florida, at Duval County, in the Middle District of Florida, and elsewhere,

SHAWN PETER SPRINGER,

the defendant herein, knowingly and willfully, caused to be deposited in the mail, for delivery by the United States Postal Service and caused to be delivered by the United States Postal Service, a true threat to injure a person, said person being an employee of the United States whom was engaged in the performance of official duties, to-wit: a communication addressed to S.L. and containing a threat to injure S.L., while S.L. was employed as Clerk of Court for the United States District Court, Middle District of Florida and performing official duties as Clerk of Court.

In violation of Title 18, United States Code, Section 876(c).

## COUNT FIVE

On or about April 15, 2011, at Santa Rosa County, in the Northern District of Florida, at Duval County, in the Middle District of Florida, and elsewhere,

SHAWN PETER SPRINGER,

the defendant herein, knowingly and willfully, caused to be deposited in the mail, for delivery by the United States Postal Service and caused to be delivered by the United States Postal Service, a true threat to injure a person, said person being an employee of the United States whom was engaged in the performance of official duties, to-wit: a communication addressed to S.L. and containing a threat to injure S.L., while

S.L. was employed as Clerk of Court for the United States District Court, Middle District of Florida and performing official duties as Clerk of Court.

In violation of Title 18, United States Code, Section 876(c).

A TRUE BILL,

_M. D. Halloran_
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _Kevin C. Frein_
KEVIN C. FREIN
Assistant United States Attorney

By: _____
MAC D. HEAVENER, III
Assistant United States Attorney
Deputy Chief, Jacksonville Division

# UNITED STATES DISTRICT COURT

Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

SHAWN PETER SPRINGER

## INDICTMENT

Violations:

Cts. 1-5: 18 U.S.C. 876(c)

A true bill,

_____M.W. Halloran_____
Foreperson

Filed in open court this 18th

of August, 2011

_____Carol J. Hollinai_____
Clerk

Bail $_____

GPO 863 525